CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: <u>0:16−mj−00690−LIB</u> All Defendants
### *Internal Use Only*

Case title: USA v. Clark

Date Filed: 09/30/2016
Date Terminated: 10/04/2016

Assigned to: Magistrate Judge Leo I. Brisbois

**Defendant (1)**

**John R Clark**  represented by  **Katherian D Roe**
*TERMINATED: 10/04/2016*          Office of the Federal Defender
                                  300 S 4th St Ste 107
                                  Mpls, MN 55415
                                  612−664−5858
                                  Fax: 612−664−5850
                                  Email: katherian_roe@fd.org
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*
                                  *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                    **Disposition**

21:841

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Carol M Kayser**<br>United States Attorney's Office – St. Paul<br>316 North Robert Street, Suite 404<br>St. Paul, MN 55101<br>612−664−5600<br>Fax: 612−664−5786<br>Email: carol.kayser@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2016 | | Arrest (Rule 5) of John R Clark. (ACH) (Entered: 10/04/2016) |
| 09/30/2016 | 1 | Minute Entry for proceedings held before Magistrate Judge Leo I. Brisbois: Initial Appearance in Rule 5(c) (3) Proceedings as to John R Clark held on 9/30/2016. Charges from the Western District of Wisconsin. Counsel Appointed. Defendant waives his identity and removal hearing. Government moves for detention; Government to submit proposed order. (Court Reporter Digital Recording) (ACH) (Entered: 10/04/2016) |
| 09/30/2016 | 3 | COMMITMENT TO ANOTHER DISTRICT as to John R Clark. Defendant committed to Western District of Wisconsin. Signed by Magistrate Judge Leo I. Brisbois on 9/30/2016. (ACH) (Entered: 10/04/2016) |
| 10/04/2016 | 2 | ORDER OF DETENTION AND REMOVAL as to John R Clark to District of Western District of Wisconsin. Signed by Magistrate Judge Leo I. Brisbois on 10/3/2016. (ACH) (Entered: 10/04/2016) |

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Bcc:
--Case Participants: Carol M Kayser (adrienne.chezik@usdoj.gov, carol.kayser@usdoj.gov,
caseview.ecf@usdoj.gov, katie.may@usdoj.gov, pat.schones@usdoj.gov,
usamn.ecfcriminal@usdoj.gov), Katherian D Roe (katherian_roe@fd.org, lisa_m_smith@fd.org,
tracey_bodway@fd.org), Magistrate Judge Leo I. Brisbois (cali_selig@mnd.uscourts.gov,
jose_gonzalez@mnd.uscourts.gov, magistratejudgeleo_brisbois@mnd.uscourts.gov)
--Non Case Participants: Probation/Pretrial Services (mnpdb_cmecf@mnp.uscourts.gov)
--No Notice Sent:

Message-Id:5674997@mnd.uscourts.gov
Subject:Activity in Case 0:16-mj-00690-LIB USA v. Clark Arrest - Rule 5
Content-Type: text/html
```

# U.S. District Court

# U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 10/4/2016 at 9:27 AM CDT and filed on 9/30/2016

| | |
|---|---|
| **Case Name:** | USA v. Clark |
| **Case Number:** | 0:16–mj–00690–LIB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
  **Arrest (Rule 5) of John R Clark. (ACH)**


**0:16–mj–00690–LIB–1 Notice has been electronically mailed to:**

Carol M Kayser &nbsp &nbsp carol.kayser@usdoj.gov, adrienne.chezik@usdoj.gov, CaseView.ECF@usdoj.gov, katie.may@usdoj.gov, pat.schones@usdoj.gov, usamn.ecfcriminal@usdoj.gov

Katherian D Roe &nbsp &nbsp katherian_roe@fd.org, Lisa_M_Smith@fd.org, tracey_bodway@fd.org

**0:16–mj–00690–LIB–1 Notice has been delivered by other means to:**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| vs. | ) | Case No:         Mag. 16:MJ-690 (LIB) |
| | ) | Date:             September 30, 2016 |
| John R. Clark, | ) | Court Reporter:  Digital Recording |
| | ) | Courthouse:      Duluth |
| Defendant. | ) | Courtroom:       3 |
| | | Time Commenced:  3:11 p.m. |
| | | Time Concluded:  3:17 p.m. |
| | | Sealed Hearing Time: 0 |
| | | Time in Court:   0 Hours & 06 Minutes |

APPEARANCES:   Plaintiff:   Carol M. Kayser, Assistant U.S. Attorney
Defendant:   Douglas Olson, Assistant Federal Defender

X FPD     ☐ CJA     ☐ Retained     X To be appointed

Date Charges Filed:   September 28, 2016      Offense:   Violation of Supervised Release
Western District of
Wisconsin (Case No. 3:03-cr-95-3)

Original Offense: Conspiracy to Manufacture Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §841(a)(1), a Class C Felony

☐ Charges read into record   ☐ Waived Reading of Charges   X Advised of Rights

on   ☐ Indictment  ☐ Information  ☐ Complaint   Violation of  ☐ Pre-trial Release  X Supervised Release

X Defendant waives his identity hearing and removal hearing.
X Government moves for detention; Government to submit proposed order.
  Defendant is to be removed to the Western District of Wisconsin; Defendant is to remain in custody of the U.S. Marshal and transported to the Western District of Wisconsin for his next Hearing.


Additional Information:

                                                                    s/Victoria L. Miller
                                                              Signature of JA/Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16:MJ-690(LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER FOR REMOVAL AND** |
| ) | **DETENTION** |
| v. ) | |
| ) | |
| JOHN R. CLARK, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on September 30, 2016, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure for an initial appearance on an Arrest Warrant issued by the United States District Court for the Western District of Wisconsin for an alleged violation of Defendant John R. Clark's supervised release in Case No. 3:03-CR-95-3. Specifically, the warrant was based on an allegation that (1) Defendant admitted using methamphetamine; and (2) A loaded 9mm firearm was found in a dresser in Defendant's bedroom. At the hearing, Defendant was present and represented by Doug Olson, Assistant Federal Defender. The Government was represented by Carol M. Kayser, Assistant United States Attorney. Defendant waived both an identity and detention hearing, reserving the right to have the issue of detention decided by the court in Wisconsin.

Accordingly, IT IS HEREBY ORDERED that:

1.      Removal from Minnesota to the Western District of Wisconsin is appropriate, and an Order of Removal will be issued forthwith.

2. Temporary detention is appropriate for Defendant's transport to the Western District of Wisconsin. Defendant may revisit the issue of detention before the court in the Western District of Wisconsin.

Dated: October 3, 2016.

_____
The Honorable Leo I. Brisbois
United States Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| John R. Clark | ) | Case No. Mag. 16:MJ-690 (LIB) |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 3:03-cr-95-3 |

RECEIVED
SEP 3 0 2016
CLERK, U.S. DISTRICT COURT
Duluth, MINNESOTA

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Wisconsin___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 09/30/2016

*Judge's signature*

Leo I. Brisbois, U.S. Magistrate Judge
*Printed name and title*

SCANNED
SEP 3 0 2016
U.S. DISTRICT COURT DULUTH

7